Lawrence N. BRANDT et al., Appellants,

v.

A. James ROBERTSON, Appellee.

No. 14695.

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 24, 1959.

Decided April 9, 1959.

Mr. Mark P. Friedlander, Jr., Washington, D. C., with whom Mr. Mark P. Friedlander, Washington, D. C., was on the brief, for appellants.

Mr. John J. Dwyer, Washington, D. C., for appellee.

Before BAZELON, WASHINGTON and BASTIAN, Circuit Judges.

PER CURIAM.

In his complaint, plaintiff-appellee charged that defendants-appellants had trespassed upon his real property. The defense was that defendants had acquired title by adverse possession, as well as by deed from persons other than plaintiff. The District Court, after a lengthy hearing in which the judge was sole trier of the facts, gave judgment for the plaintiff, with injunctive relief. The evidence of adverse possession presented by the defendants was, at most, equivocal. The findings of the District Court cannot be said to be clearly erroneous. We find no error.

Affirmed.

Esther Belle DOWNS and Bernard Ralph Downs, Appellants

v.

FOOD TOWN, INC., Appellee.

No. 14629.

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 13, 1959.

Decided April 16, 1959.

Petition for Rehearing In Banc Denied
May 13, 1959.

Mr. James P. Donovan, Washington, D. C., for appellants.

Mr. Warren E. Magee, Washington, D. C., for appellee.

Before EDGERTON, BAZELON, and WASHINGTON, Circuit Judges.

PER CURIAM.

The plaintiffs appeal from a judgment for the defendant, based upon a jury's verdict, in an action for personal injuries alleged to have been caused by negligence in the operation of the defendant's store. We find no error affecting substantial rights. Cf. Brown v. Capital Transit Co., 75 U.S.App.D.C. 337, 338, 127 F.2d 329, 330, certiorari denied, 1942, 317 U.S. 632, 63 S.Ct. 61, 87 L.Ed. 510.

Affirmed.